IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10071
Summary Calendar
_____


MARIA E. LUNA,

                              Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL
SECURITY,

                              Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:94-CV-188-C
- - - - - - - - - -
August 28, 1996
Before JOLLY, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

     Maria E. Luna appeals from the district court's judgment in
a review of the denial of a claim for disability insurance
benefits and supplemental security income benefits.  She argues
that the Commissioner of Social Security applied an incorrect
legal standard and that the decision is not supported by
substantial evidence.  We have reviewed the record and the

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

district court's decision and find no reversible error.  See <u>Luna v. Chater</u>, No. 5:94-CV-188-C (N.D. Tex. Nov. 16, 1995).

AFFIRMED.